No. 96–1737. SWANSON v. KNABE. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–1744. GONZALEZ ET AL. v. GALLO. Sup. Ct. Cal. Certiorari denied.

No. 96–1745. ENERCON INDUSTRIES CORP. ET AL. v. PILLAR CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 96–1748. JOHNSON v. GREATER SOUTHEAST COMMUNITY HOSPITAL CORP. ET AL. C. A. D. C. Cir. Certiorari denied.

No. 96–1750. MEDICO v. MEDICO ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–1752. NEW PORT LARGO, INC. v. MONROE COUNTY. C. A. 11th Cir. Certiorari denied.

No. 96–1756. MCMILLIAN v. TATE ET AL.; and
No. 96–1765. TATE v. MCMILLIAN. C. A. 11th Cir. Certiorari denied.

No. 96–1766. WASHINGTON LEGAL FOUNDATION ET AL. v. TEXAS EQUAL ACCESS TO JUSTICE FOUNDATION ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–1778. ABRAMS v. OFFICE OF BAR COUNSEL FOR THE DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 96–1780. MEMBERS OF THE DISCIPLINARY BOARD OF THE SUPREME COURT OF NEW MEXICO ET AL. v. REVO. C. A. 10th Cir. Certiorari denied.

No. 96–1781. STEVENS ET UX. v. CITY OF CANNON BEACH ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1817. TAYLOR v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 96–1834. AGENCY RENT-A-CAR, INC., ET AL. v. HALL. Ct. App. D. C. Certiorari denied.

No. 96–1842. RUSH v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.